Mary Frances **HENRY**, Plaintiff-Appellant,

v.

**GENERAL MOTORS CORPORATION**, Defendant-Appellee.

No. 229, Docket 29159.

United States Court of Appeals Second Circuit.

Argued Dec. 11, 1964.

Decided Dec. 11, 1964.

John F. Henry, Mattydale, N. Y., for plaintiff-appellant.

Costello, Cooney & Fearon, Syracuse, N. Y. (Charles E. Cooney, Jr., Syracuse, N. Y., Edward J. McGratty, Jr., Detroit, Mich.), for defendant-appellee.

Before WATERMAN, MOORE and KAUFMAN, Circuit Judges.

PER CURIAM.

The order below dismissing the complaint of plaintiff-appellant is affirmed on the opinion below of Judge Brennan, D.C., 236 F.Supp. 854.

**UNITED STATES** of America ex rel. Jose Benedicto **LEBRON**, Appellant,

v.

**WARDEN OF DETENTION HEADQUARTERS, MANHATTAN, NEW YORK COUNTY, SOUTHERN DISTRICT OF NEW YORK**, Appellee.

No. 237, Docket 29251.

United States Court of Appeals Second Circuit.

Argued Dec. 9, 1964.

Decided Dec. 9, 1964.

Joseph Aronstein, New York City, for appellant.

Robert M. Morgenthau, U. S. Atty., Southern District of New York (Ezra H. Friedman, James M. Brachman, Asst. U. S. Attys., of counsel), for appellee.

Before WATERMAN, MOORE and KAUFMAN, Circuit Judges.

PER CURIAM:

Affirmed in open court on the opinion of Judge Herlands, August 18, 1964, D. C., 236 F.Supp. 582.

James B. **PACKARD**, Appellant,

v.

**UNITED STATES of America**, Appellee.

No. 19318.

United States Court of Appeals Ninth Circuit.

Dec. 22, 1964.

Irving C. Sugarman, Bernheim, Sugarman & Gilbert, Richmond, Cal., for appellant.

Cecil F. Poole, U. S. Atty., David R. Urdan, Asst. U. S. Atty., San Francisco, Cal., for appellee.

Before ORR, HAMLEY and DUNIWAY, Circuit Judges.

PER CURIAM:

The judgment is affirmed for the reasons stated in the opinion of the trial court. (United States v. Packard, D.C., 236 F.Supp. 585).